ACCEPTED
12-14-00158-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/20/2015 4:54:22 PM
CATHY LUSK
CLERK

**TWELFTH
COURT OF APPEALS
TYLER DIVISION**

**NO. 12-14-00158-CR**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/20/2015 4:54:22 PM
CATHY S. LUSK
Clerk

**RICKY NEAL JR**                                                        **APPELLANT**

**V.**

**STATE OF TEXAS**                                                      **STATE**

**APPELLANT'S THIRD MOTION
FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

Appellant files this Second Motion for Extension of Time to File Appellant's Brief under

Tex.R.App.P.10.1, 10.5(b), and 53.7(f). In support of this Motion, Appellant shows the

following:

1. Appellant timely filed Notice of Appeal on June 16, 2014.

2. Carlo D'Angelo filed Appellant's First Motion for Extension of Time to File

    Appellant's Brief on October 9, 2015.

3. Carlo D'Angelo filed Appellant's Second Motion for Extension of Time to File

    Appellant's Brief on January 12, 2015.

4. Appellant's Brief is due now on March 23, 2015.

5. Appellant hired the Law Office of G. J. Smith, Sr., PLLC and Motion to Substitute

    Counsel was filed on March 20, 2015.

6. Based on our limited investigation, court appointed appellant counsel has been

    involve in a significant capital murder trial, and has had to file for extensions of time.

7. New Counsel requests 30 days in which to obtain and research file and relevant legal

    issues in this case.

8. Appellant requests 30 days in which to file Appellant's Brief.

9. Entering counsel does not anticipate requiring any other requests for extensions.

10. This is Appellant's Third Motion to Extend Time to File Appellant's Brief.

Appellant's request is not being made for purposes of delay but in order that justice may be served. Therefore, Appellant prays that this Court grant this Motion for Extension of Time.

Respectfully Submitted,

/s/Gerald J. Smith, Sr.,
Gerald J. Smith, Sr.
State Bar No. 24039316

The Law Office of G. J. Smith, Sr., PLLC
Post Office Box 200395
Arlington, Texas 76006
Telephone: (817) 635-3100
Telecopier: (817) 462-3104
E-mail: attorney@gjsmithlaw.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

As required by Tex.R.App.P. 10.1(a) (5), I certify that I have conferred with the Smith County District Attorney's Office regarding the substance of this motion on the 20th day of March 2015.

I attempted to confer with Assistant District Attorney Michael J. West by calling 903.590.1720 on March 20, 2015, but he has not responded to my attempts. Accordingly, I cannot represent to the court whether counsel opposes or does not oppose Appellant's Motion

/s/Gerald J. Smith, Sr.,
Gerald J. Smith, Sr.

## CERTIFICATE OF SERVICE

2

I hereby certify that a true and accurate copy of the foregoing APPELLANT'S THIRD MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BREIF was served pursuant to the Texas Rule of Appellate Procedure 9.5(b) on the following persons via e-File on March 20, 2015. Assistant District Attorney Michael J. West Smith County District Attorney's Office


/s/Gerald J. Smith, Sr.,
Gerald J. Smith, Sr.